IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HEATHER MAYBERRY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No.   14-cv-1139-CJP |
| **CAROLYN W. COLVIN,** | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 24), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Heather Mayberry and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:      9/3/15

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

BY:     s/ Reid Hermann
              **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**